# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. UBALDO VIZARRAGA-MONCIVAIS (3), Defendant. | CASE NO. 10CR2693 WQH<br>ORDER |

Hayes, Judge:

The matter before the court is the motion for reduction of sentence pursuant to under 18 U.S.C. § 3553 and U.S.S.G. § 4A1.3 (ECF No. 154) filed by Defendant.

Defendant was sentenced to serve 120 months pursuant to the mandatory minimum sentence for a violation of 21 U.S.C. § 841(a)(1) and 846. (ECF No. 92). This Court has no authority to reduce the mandatory minimum sentence under 18 U.S.C. § 3553 and U.S.S.G. § 4A1.3.

IT IS HEREBY ORDERED that the motion for reduction of sentence pursuant to under 18 U.S.C. § 3553 and U.S.S.G. § 4A1.3 (ECF No. 154) is denied.

DATED: January 25, 2018

**WILLIAM Q. HAYES**
United States District Judge